Opinion issued September 11, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01196-CV

____________


YUMA PETROLEUM COMPANY, YUMA RESOURCES, INC., GULF STATES
PRODUCTION COMPANY, YUMA EXPLORATION AND PRODUCTION
COMPANY, INC. AND SAM L. BANKS, Appellants


V.


ROEMER OIL COMPANY, LAMAR B. ROEMER, ROEMER-SWANSON
ENERGY CORPORATION, AND SWANSON OIL & GAS, INC., Appellees


* * * * * * * * ** * * * ** * *


ROEMER OIL COMPANY AND LAMAR ROEMER, Appellants


V.


YUMA PETROLEUM COMPANY, YUMA RESOURCES, INC., GULF STATES
PRODUCTION COMPANY, YUMA EXPLORATION AND PRODUCTION
COMPANY, INC. AND SAM L. BANKS, Appellees






On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 9740540






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their respective appeals. No
opinion has issued. Accordingly, the motion is granted, and the appeals are
dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Alcala.